1

2

3

4                **UNITED STATES DISTRICT COURT**

5                    **DISTRICT OF NEVADA**

6

7    LISA GORDON,                          Case No.: 2:22-cv-00351-RFB-NJK

          Plaintiff,
8                                                    **ORDER**
     v.
9                                              [Docket No. 7]

     REPROSOURCE FERTILITY
10   DIAGNOSTICS, INC.,

11        Defendant.

12        Pending before the Court is the parties' stipulation to extend the time for Defendant to

13   respond to the complaint. Docket No. 7. For good cause shown, the Court **GRANTS** in part the

14   parties' request. Defendant must file a response to Plaintiff's complaint, no later than March 31,

15   2022.

16        IT IS SO ORDERED.

17        Dated: March 7, 2022

18        _____

19        Nancy J. Koppe
          United States Magistrate Judge
20

21

22

23

24

25

26

27

28

                                        1