# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>REPROSOURCE FERTILITY DIAGNOSTICS, INC.,<br><br>    Defendant. | Case No.: 2:22-cv-00351-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 22] |

The parties ask the Court to transfer this action to the District of Massachusetts. Docket No. 22.[1] The Court **GRANTS** the parties' request and **TRANSFERS** this case to the District of Massachusetts.[2]

IT IS SO ORDERED.

Dated: May 13, 2022

                                                                                                 Nancy J. Koppe
                                                                                                 United States Magistrate Judge

---

[1] The parties include a signature line for a Justice Court Judge. Docket No. 22 at 3. Federal Court does not have Justice Court Judges. The parties must make sure they include accurate titles in all filings.

[2] Deciding a request to transfer venue is a matter within the authority of a magistrate judge. *See, e.g., Pavao v. Unifund CCR Partners*, 934 F. Supp. 2d 1238, 1241 n.1 (S.D. Cal. 2013) (collecting cases).